UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON HERNANDEZ GONZALEZ,<br>Plaintiff,<br>v.<br>CARLOS MORALES, et al.,<br>Defendants. | Case No. 19-02404 BLF (PR)<br>**JUDGMENT** |

The Court has dismissed all claims against Defendant and granted his motion for summary judgment. Judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated: _February 5, 2021_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.19\02404Gonzalez_judgment